IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. KORESKO, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | No. 13-4131 |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 19th day of August, 2015, upon consideration of the Government's motion for judgment on the pleadings (Doc. No. 31) and all responses thereto, it is hereby **ORDERED** that the motion is **DENIED** without prejudice, as explained in the accompanying memorandum.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

1