IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. KORESKO, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | No. 13-4131 |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 19th day of August, 2015, upon consideration of Government's first motion for summary judgment on Counts V and VI of the United States' Counterclaim (Doc. No. 29) and all responses thereto, it is hereby **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part, as explained in the accompanying memorandum.

On the issue of liability, judgment is entered in favor of the Government and against Mr. Koresko on Counts V and VI of the Government's counterclaim. The Government's request for entry of judgment regarding damages is **DENIED without prejudice**.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.